AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Tel: (702) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACK HENDERSON, | Case No. 3:24-cv-00545-MMD-CLB |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| J. VOSS, et al. | |
| Defendants. | |

Plaintiff, Jack Henderson, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this ___ day of May, 2025.          DATED this 6th day of May, 2025

                                          AARON D. FORD
                                          Attorney General

                                          By: _____
JACK HENDERSON                            DOUGLAS R. RANDS, Bar No. 3572
*Plaintiff*                               Deputy Attorney General
                                          *Attorneys for Defendants*


**IT IS SO ORDERED.**

DATED this 15th day of July, 2025.

_____
**DISTRICT COURT JUDGE**

1